FILED
AUG 0 6 2008
8-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
### DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Regina A. Blakely
(Please print)

STREET ADDRESS: 1924 Marlboro Lane, Apt. #205

CITY/STATE/ZIP: Crest Hill, IL 60403

PHONE NUMBER: 815-744-1834

CASE NUMBER: 08CV4454
JUDGE DARRAH
MAGISTRATE JUDGE SCHENKIER

Signature: Regina Blakely

Date: 8-7-08