# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4454 | **DATE** | 8/12/08 |
| **CASE TITLE** | Blakely v. Will County Health Department | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion to proceed in forma pauperis [4] is denied due to income. Plaintiff has 30 days from the date of this order to pay the filing fee or the case will be dismissed. Plaintiff's motion for appointment of counsel [5] is entered and continued.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|